UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

COURT FILE NO.: Civ-00-1268 (JRT/RLE)

Todd Lasky,

Plaintiff,

vs.

City of Hibbing and
John A. Maras, individually and
in his official capacity as the Chief of Police
for the City of Hibbing,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT, AND JUDGMENT**

The undersigned attorneys hereby advise the Court that all claims, by all parties in the above-entitled cause of action have been fully compromised and settled.

WHEREFORE, it is hereby stipulated by and between all parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits, with prejudice, but without costs and disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice a judgment of dismissal with prejudice and upon the merits, but without costs and disbursements to any of the parties may be entered herein.

**COLOSIMO, PATCHIN, ARONSON & KEARNEY LTD.**

Date: Jan. 24, 2001

Mitchell J. Brunfelt (#0256961)
Attorney for Plaintiff
301 Chestnut Street
Virginia, Minnesota 55792
(218) 741-4500

9

FILED JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 31 2001
DEPUTY CLERK

**LEAGUE OF MINNESOTA CITIES**

Date: Nov. 14 2000

Patricia Y. Beety (#227390)
Attorney for Defendants
City of Hibbing and John A. Maras
145 University Avenue West
St. Paul, Minnesota 55103-2044
(651) 281-1200

**ORDER FOR JUDGMENT**

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED That the above-entitled action be dismissed on the merits with prejudice and without costs and disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: 1/31/01

By: Raymond L. Erickson
Honorable Raymond L. Erickson

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order.

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs and disbursements to any party.

Date:________________________

By:______________________________
Court Administrator